**No. 09-9723. Jose Luis Rodriguez-Mena, Petitioner v. United States.**

559 U.S. 1099, 130 S. Ct. 2388, 176 L. Ed. 2d 780, 2010 U.S. LEXIS 3598.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-9726. Clarence Small, Petitioner v. McKither Bodison, Warden.**

559 U.S. 1099, 130 S. Ct. 2388, 176 L. Ed. 2d 780, 2010 U.S. LEXIS 3588,

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 357 Fed. Appx. 516.

**No. 09-9741. Kevin Raphael Lee, Petitioner v. Wisconsin.**

559 U.S. 1099, 130 S. Ct. 2388, 176 L. Ed. 2d 780, 2010 U.S. LEXIS 3628.

April 26, 2010. Petition for writ of certiorari to the Court of Appeals of Wisconsin, District I, denied.

Same case below, 320 Wis. 2d 536, 771 N.W.2d 373.

**No. 09-9771. Oran Tillman Davis, Petitioner v. United States.**

559 U.S. 1099, 130 S. Ct. 2389, 176 L. Ed. 2d 780, 2010 U.S. LEXIS 3636.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 369 Fed. Appx. 456.

**No. 09-9789. Kevin Smith, Petitioner v. Department of Justice, et al.**

559 U.S. 1099, 130 S. Ct. 2389, 176 L. Ed. 2d 780, 2010 U.S. LEXIS 3632.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-9796. David Connolly, Petitioner v. United States.**

559 U.S. 1099, 130 S. Ct. 2389, 176 L. Ed. 2d 780, 2010 U.S. LEXIS 3613.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 349 Fed. Appx. 754.

**No. 09-9799. Frederick Lee Irons, Petitioner v. United States.**

559 U.S. 1099, 130 S. Ct. 2390, 176 L. Ed. 2d 780, 2010 U.S. LEXIS 3537.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-9801. Yuri Garcia, Petitioner v. United States.**

559 U.S. 1099, 130 S. Ct. 2390, 176 L. Ed. 2d 780, 2010 U.S. LEXIS 3669.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.